# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CERBERUS INSTITUTIONAL PARTNERS V, L.P., a limited partnership; AB ACQUISITION LLC, a limited liability company; and SAFEWAY INC., a corporation,<br><br>    Defendants. | NO.<br><br>AGREED MOTION FOR ENDORSEMENT OF CONSENT DECREE<br><br>NOTE ON MOTION CALENDAR: FRIDAY, JANUARY 30, 2015 |

Plaintiff, State of Washington, and Defendants, Cerberus Institutional Partners V, L.P. ("Cerberus"), AB Acquisition LLC ("Albertsons"), and Safeway Inc. ("Safeway"), jointly move that the Court endorse the Consent Decree agreed to by them and filed with the Court on January 30, 2015. The Consent Decree contains remedies that are designed to address the

///

///

///

///

AGREED MOTION FOR ENDORSEMENT OF CONSENT DECREE

1

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

potential lessening of competition that may result from the transaction alleged in the Complaint, and both parties have agreed to the form and presentation of the Consent Decree.

DATED this 30th day of January, 2015

Respectfully submitted,

ROBERT W. FERGUSON
Attorney General

DARWIN ROBERTS
Deputy Attorney General

JONATHAN MARK
Senior Assistant Attorney General,
Antitrust Division Chief

*/s/ Stephen T. Fairchild*
STEPHEN T. FAIRCHILD, WSBA No. 41214
Assistant Attorney General
800 5th Ave., Ste. 2000
Seattle, WA  98104-3188
Phone: (206) 389-2848
Fax: (206) 464-6338
stephenf2@atg.wa.gov

AGREED MOTION FOR
ENDORSEMENT OF CONSENT
DECREE

2

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1
2  | ROHDE & VAN KAMPEN PLLC | *Of Counsel*
3  | /s/ *Al Van Kampen*
4  | Al Van Kampen, WSBA No. 13670 | Paul T. Denis
   | Attorneys for Defendants Albertsons, Cerberus, | Dechert LLP
5  | and Safeway | Attorney for Albertsons and Cerberus
   | 1001 Fourth Avenue, Suite 4050 | 1900 K Street NW
6  | Seattle, Washington 98154 | Washington, DC 20006
   | Phone: (206) 386-7353 | Phone: (202) 261-3430
7  | Fax:   (206) 405-2825 | Fax: (202) 261-3333
   | avk@rvk-law.com | paul.denis@dechert.com
8
9  | | James A. Fishkin
   | | Dechert LLP
10 | | Attorney for Albertsons and Cerberus
   | | 1900 K Street NW
11 | | Washington, DC 20006
   | | Phone: (202) 261-3421
12 | | Fax: (202) 261-3333
   | | james.fishkin@dechert.com
13
14 | | Richard C. Weisberg
   | | Law Offices of Richard C. Weisberg
15 | | Attorney for Safeway
   | | 33 Derwen Road
16 | | Bala Cynwyd, PA 19004
   | | Phone: (610) 664-9405
17 | | Fax: (215) 689-1504
   | | weisberg@weisberg-law.com
18
19
20
21
22
23
24
25
26

AGREED MOTION FOR
ENDORSEMENT OF CONSENT
DECREE

3

ATTORNEY GENERAL OF WASHINGTON
Antitrust Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744